# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 40

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| DARIN TREY OLIVER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Before the Court is Defendant's Motion to Continue Arraignment and Detention Hearing [# 4]. Due unavoidable circumstances, Defendant's counsel asks the Court to continue Defendant's arraignment and detention hearing to April 13, 2018. The Government does not object to the continuance. For good cause shown, the Court **GRANTS** the motion [# 4]. Defendant's arraignment and detention hearing shall take place on **April 13, 2018**.

Signed: April 10, 2018

_____
Dennis L. Howell
United States Magistrate Judge